1  LATHAM & WATKINS LLP
   Timothy L. O'Mara (Bar No. 212731)
2      tim.o'mara@lw.com
   Kirsten M. Ferguson (Bar No. 252781)
3      kirsten.ferguson@lw.com
   Robin L. Gushman (Bar No. 305048)
4      robin.gushman@lw.com
5  505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
6  Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

7  *Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al., | Case No. CV 23-1114-GW-KKx |
| Plaintiffs, | |
| v. | **ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE** |
| LIVE NATION ENTERTAINMENT, INC., TICKETMASTER, L.L.C., and DOES 1 to 100, | [Civil Local Rule 7-1] |
| Defendants. | Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:23-cv-01114-GW-KK

Pending before this Court is a Joint Stipulation Setting Briefing Schedule ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Julie Barfuss, et al. (together, "Plaintiffs"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

a. Plaintiffs shall produce to Defendants a list of the email address(es) associated with each Plaintiff's Ticketmaster account(s) by March 31, 2023.

b. Defendants shall file their motion to compel arbitration no later than six weeks after Plaintiffs produce to Defendants a complete list of the email address(es) associated with each Plaintiff's Ticketmaster account(s).

c. At or before the time they file their motion to compel arbitration, Defendants shall produce to Plaintiffs, in native and human-readable format, all data that Defendants uncover by use of Plaintiffs' email addresses reflecting the activity of each Plaintiff on his or her account concerning the matters at issue in this action.

d. Plaintiff shall file any opposition to Defendants' motion to compel arbitration no later than six weeks after Defendants file their motion to compel arbitration.

e. Defendants shall file any reply no later than four weeks after Plaintiffs file their opposition.

f. Any hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:23-cv-01114-GW-KK

g. Defendants need not otherwise respond to the Complaint while their motion to compel arbitration is pending.

**IT IS SO ORDERED.**

Dated: March 3, 2023

_____
Hon. George H. Wu
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:23-cv-01114-GW-KK