UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1114-GW-KKx | Date | March 22, 2023 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER**

    The Court has reviewed the parties' Joint Scheduling Conference Report ("Report") (ECF No. 36) and would provide the following information on the issues identified in the Report prior to the March 27, 2023 conference.

    In most instances, a Fed. R. Civ. P. 26(f) scheduling conference is conducted after a defendant has filed a response to the complaint. Under Fed. R. Civ. P. 16(b)(2), the judge must issue a scheduling order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." However, in the present action following the Court's setting a scheduling conference for March 27, 2023, the Defendants indicated that they would respond to the Amended Complaint with a motion to compel arbitration. *See* ECF Nos. 19, 26 at 2. Thereafter, the parties stipulated (and the Court concomitantly issued an order) that *inter alia* provided: (1) Plaintiffs would supply certain information to Defendants by March 31, 2023; (2) six weeks after that production, Defendants would file their motion to compel arbitration, (3) Plaintiffs opposition would be filed within six weeks thereafter, (4) the Defendants' reply would be filed no later than four weeks after the opposition, and (5) the hearing would be set "as the Court's calendar allows." *See* ECF Nos. 26-27. Additionally, it is the practice of this Court at the scheduling conference for a class action to only set the following two dates: (1) the end of amendments to pleadings under Fed. R. Civ. P. 15 and the starting of Rule 16 requirements, and (2) the hearing date for the plaintiffs' motion for class certification and whether discovery will be limited prior to the hearing.

    The Court will discuss with the parties at the scheduling conference the matters raised in the Report in light of the above.

|  | : |
|---|---|
| Initials of Preparer | JG |