UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-1114-GW-KKx | Date | March 27, 2023 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present by Telephone for Defendants: |
|---|---|
| Dennis B. Hill, by telephone<br>John M. Genga<br>Jennifer A. Kinder<br>Griffint T. McMillin | Timothy L. O'Mara<br>Kirsten M. Ferguson<br>Robin L. Gushman |

**PROCEEDINGS:** SCHEDULING CONFERENCE

Court and counsel confer. For reasons stated on the record, the scheduling conference is continued to May 25, 2023 at 8:30 a.m. Plaintiffs are to supply certain information to Defendants by March 31, 2023. Plaintiffs are to respond re additional discovery by May 18, 2023. A stipulation if the parties are in agreement is to be filed by May 22, 2023, or if no agreement, the parties are to file their positions by May 22.

: 11

Initials of Preparer   JG