## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-1114-GW-KKx | Date | July 20, 2023 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
John M. Genga  
Jennifer A. Kinder, by telephone

Attorneys Present for Defendants:  
Timothy L. O'Mara  
Sam Jeffrey

**PROCEEDINGS:** **PLAINTIFFS' MOTION TO REMAND [54]**

The Court's Tentative Ruling on Plaintiff's Motion [54] was issued on July 18, 2023 [64]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

Court and counsel confer. The parties may stipulate to a briefing schedule on Defendants motion to compel following the ruling on Defendants' motion to compel in the *Heckman* matter.

:  15

Initials of Preparer  JG