## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-1114-GW-KKx | Date | November 6, 2023 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Genga<br>Jennifer A. Kinder | Timothy L. O'Mara, by telephone<br>Meiran Yin, by telephone<br>Joshua C. Stokes, by telephone |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. For reasons stated on the record, the status conference is continued to February 8, 2024 at 8:30 a.m. The parties are to file a joint status report by noon on February 5, 2024.

|  | : | 11 |
|---|---|---|
|  | Initials of Preparer | JG |