LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
  Meiran Yin (Bar No. 335742)
    meiran.yin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., KROENKE SPORTS & ENTERTAINMENT, LLC, SOFI TECHNOLOGIES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01114-GW-KK<br><br>**JOINT STATUS REPORT FOR FEBRUARY 8, 2024 STATUS CONFERENCE**<br><br>Judge: Honorable George H. Wu<br><br>Date: February 8, 2024<br><br>Time: 8:30 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT. STATUS REPORT FOR
FEB. 8 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-KK

Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster"), SoFi Technologies, Inc., and Kroenke Sports & Entertainment, LLC (together, "Defendants") and Plaintiffs Julie Barfuss, et al. ("Plaintiffs") respectfully submit this Joint Status Report pursuant to this Court's Order issued on November 6, 2023.  See Minute Order, ECF No. 92; Nov. 6, 2023 Hr'g Tr. at 8:19–21 ("I want a joint report as to the status of the appeal [in *Heckman v. Live Nation Entertainment, Inc.*, No. 2:22-cv-00047-GW-GJS (C.D. Cal.)] by February the 5th.").

The *Heckman* appeal has been fully briefed before the Ninth Circuit. Appellants Live Nation and Ticketmaster submitted their opening brief on November 13, 2023; Appellees submitted their answering brief on December 13, 2023; and Appellants Live Nation and Ticketmaster submitted their reply brief on January 3, 2024.   The Ninth Circuit has not yet set a date for oral argument.  *See Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir.).

The parties respectfully request that the Court continue the status conference to April 8, 2024.  The parties may stipulate to move the conference to an earlier date if the Ninth Circuit issues a ruling in *Heckman* earlier, or to a later date should the Ninth Circuit not issue a ruling in *Heckman* by that time.

Dated:  February 5, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Timothy L. O'Mara
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel.: +1.415.391.0600
Fax: +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JT. STATUS REPORT FOR
FEB. 8 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-KK

BERRY SILBERBERG STOKES PC

By: */s/ Joshua C. Stokes*
Joshua C. Stokes

11600 Washington Place, Suite 202C
Los Angeles, CA 90066
Tel.: (213) 986-2690
Fax: (213) 986-2677
jstokes@berrysilberberg.com

*Attorneys for Defendant SoFi Technologies, Inc.*

FOSTER GRAHAM MILSTEIN & CALISHER, LLP

By: */s/ Michael A. Rollin*
Michael A. Rollin

360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Tel.: 303-333-9810
mrollin@fostergraham.com

*Attorneys for Defendant Kroenke Sports & Entertainment, LLC*

Dated: February 5, 2024    Respectfully submitted,

GENGA & ASSOCIATES, P.C.

By: */s/ John M. Genga*
John M. Genga

16501 Ventura Blvd., Suite 400
Encino, CA 91436
Tel.:(747) 231-3400
Fax: (818) 474-7070
jgenga@gengalaw.com

*Attorneys for Plaintiffs Julie Barfuss, et al.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JT. STATUS REPORT FOR
FEB. 8 STATUS CONF
CASE NO. 2:23-cv-01114-GW-KK

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report for February 8, 2024 Status Conference. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  February 5, 2024                    */s/ Timothy L. O'Mara*
                                                                Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JT. STATUS REPORT FOR
FEB. 8 STATUS CONF
CASE NO. 2:23-cv-01114-GW-KK