UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1114-GW-KKx | Date | February 21, 2024 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER

The Court has received the parties' Stipulation to Continue Hearings on Motions to Dismiss (ECF No. 108). In light thereof, Defendants SoFi Tech. Inc.'s and Kroenke Sports & Ent., LLC's motions to stay/dismiss (ECF Nos. 103, 104) are taken off-calendar until reinstated by court order. The April 29, 2024 status conference remains on calendar and the parties shall file a joint report by April 23, 2024.

:

Initials of Preparer    JG