LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
  Meiran Yin (Bar No. 335742)
    meiran.yin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., KROENKE SPORTS & ENTERTAINMENT, LLC, SOFI TECHNOLOGIES, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-01114-GW-DTBx<br><br>**JOINT STATUS REPORT FOR APRIL 29, 2024 STATUS CONFERENCE**<br><br>Judge: Honorable George H. Wu<br><br>Date: April 29, 2024<br><br>Time: 8:30 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT. STATUS REPORT FOR
APR. 29, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx

1    Defendants Live Nation Entertainment, Inc., Ticketmaster L.L.C., SoFi Technologies, Inc., and Kroenke Sports & Entertainment, LLC (together, "Defendants") and Plaintiffs Julie Barfuss, et al. ("Plaintiffs") respectfully submit this Joint Status Report pursuant to this Court's Orders issued on February 6, 2024 and February 21, 2024.  *See* Minute Orders, ECF Nos. 107 & 109.

The *Heckman* appeal has been fully briefed before the Ninth Circuit, and the Ninth Circuit has set oral argument for June 14, 2024.  *See* Notice of Oral Arg., *Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir. Mar. 31, 2024), ECF No. 67.

The parties respectfully request that the Court continue the April 29, 2024 status conference to July 25, 2024, which is approximately six weeks after the Ninth Circuit oral argument in *Heckman*.  The parties may stipulate to move the conference to an earlier date if the Ninth Circuit issues a ruling in *Heckman* earlier, or to a later date should the Ninth Circuit not issue a ruling in *Heckman* by that time.

Dated:  April 15, 2024                    Respectfully submitted,

                                          LATHAM & WATKINS LLP

                                          By:  */s/ Timothy L. O'Mara*
                                               Timothy L. O'Mara

                                          505 Montgomery Street, Suite 2000
                                          San Francisco, California 94111-6538
                                          Tel.: +1.415.391.0600
                                          Fax: +1.415.395.8095
                                          tim.o'mara@lw.com

                                          *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JT. STATUS REPORT FOR
APR. 29, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx

|  |  |
|---|---|
|  | BERRY SILBERBERG STOKES PC |
|  | By: /s/ Joshua C. Stokes |
|  | Joshua C. Stokes |
|  | 11600 Washington Place, Suite 202C<br>Los Angeles, CA 90066<br>Tel.: (213) 986-2690<br>Fax: (213) 986-2677<br>jstokes@berrysilberberg.com |
|  | *Attorneys for Defendant SoFi Technologies, Inc.* |
|  | FOSTER GRAHAM MILSTEIN & CALISHER, LLP |
|  | By: /s/ Michael A. Rollin |
|  | Michael A. Rollin |
|  | 360 South Garfield Street, 6th Floor<br>Denver, Colorado 80209<br>Tel.: 303-333-9810<br>mrollin@fostergraham.com |
|  | *Attorneys for Defendant Kroenke Sports & Entertainment, LLC* |
| Dated: April 15, 2024 | Respectfully submitted, |
|  | GENGA & ASSOCIATES, P.C. |
|  | By: /s/ John M. Genga |
|  | John M. Genga |
|  | 16501 Ventura Blvd., Suite 400<br>Encino, CA 91436<br>Tel.:(747) 231-3400<br>Fax: (818) 474-7070<br>jgenga@gengalaw.com |
|  | *Attorneys for Plaintiffs Julie Barfuss, et al.* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JT. STATUS REPORT FOR
APR. 29, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report for April 29, 2024 Status Conference. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: April 15, 2024

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JT. STATUS REPORT FOR
APR. 29, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx