LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
  Meiran Yin (Bar No. 335742)
    meiran.yin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., KROENKE SPORTS & ENTERTAINMENT, LLC, SOFI TECHNOLOGIES, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01114-GW-DTBx <br><br> **JOINT STATUS REPORT FOR SEPTEMBER 19, 2024 STATUS CONFERENCE** <br><br> Judge: Honorable George H. Wu <br> Date: September 19, 2024 <br> Time: 8:30 a.m. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT. STATUS REPORT FOR
SEP. 19, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx

Defendants Live Nation Entertainment, Inc., Ticketmaster L.L.C., SoFi Technologies, Inc., and Kroenke Sports & Entertainment, LLC (together, "Defendants") and Plaintiffs Julie Barfuss, et al. ("Plaintiffs") respectfully submit this Joint Status Report pursuant to this Court's Order issued on July 30, 2024. *See* Minute Order, ECF No. 115.

The *Heckman* appeal has been fully briefed before the Ninth Circuit, and oral argument took place on June 14, 2024. *See* Argued and Submitted, *Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir. Jun. 14, 2024), ECF No. 70. A ruling has not yet been issued.

In accordance with their previous Joint Status Report, which stated that the "parties may stipulate to move the conference . . . to a later date should the Ninth Circuit not issue a ruling in *Heckman* by" the time of the upcoming September 19, 2024 status conference, *see* Jt. Status Report, ECF No. 114; Minute Order, ECF No. 116, the parties respectfully request that the Court continue the September 19, 2024 status conference to October 24, 2024. The parties may stipulate to move the conference to an earlier date if the Ninth Circuit issues a ruling in *Heckman* earlier, or to a later date should the Ninth Circuit not issue a ruling in *Heckman* by that time.

Dated: September 9, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Timothy L. O'Mara
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel.: +1.415.391.0600
Fax: +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | BERRY SILBERBERG STOKES PC |
| 3 | | By: */s/ Joshua C. Stokes* |
| 4 | | Joshua C. Stokes |
| 5 | | |
| 6 | | 11600 Washington Place, Suite 202C<br>Los Angeles, CA 90066<br>Tel.: (213) 986-2690 |
| 7 | | Fax: (213) 986-2677<br>jstokes@berrysilberberg.com |
| 8 | | |
| 9 | | *Attorneys for Defendant SoFi Technologies, Inc.* |
| 10 | | |
| 11 | | FOSTER GRAHAM MILSTEIN & CALISHER, LLP |
| 12 | | By: */s/ Michael A. Rollin* |
| 13 | | Michael A. Rollin |
| 14 | | |
| 15 | | 360 South Garfield Street, 6th Floor<br>Denver, Colorado 80209<br>Tel.: 303-333-9810 |
| 16 | | mrollin@fostergraham.com |
| 17 | | *Attorneys for Defendant Kroenke Sports & Entertainment, LLC* |
| 18 | | |
| 19 | Dated: September 9, 2024 | Respectfully submitted, |
| 20 | | GENGA & ASSOCIATES, P.C. |
| 21 | | By: */s/ John M. Genga* |
| 22 | | John M. Genga |
| 23 | | 16501 Ventura Blvd., Suite 400 |
| 24 | | Encino, CA 91436<br>Tel.:(747) 231-3400 |
| 25 | | Fax: (818) 474-7070<br>jgenga@gengalaw.com |
| 26 | | |
| 27 | | *Attorneys for Plaintiffs Julie Barfuss, et al.* |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JT. STATUS REPORT FOR
SEP. 19, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report for September 19, 2024 Status Conference. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  September 9, 2024                                        */s/ Timothy L. O'Mara*
                                                                                              Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JT. STATUS REPORT FOR
SEP. 19, 2024 STATUS CONF.
CASE NO. 2:23-cv-01114-GW-DTBx