AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JULIE BARFUSS, RANDY FLOYD BARFUSS, SELENA MONETTE MILLER, RUMER HENRY, CHRISTY LABONNE, KRIS LABONNE ... (list of plaintiffs continues on attachment no. 1 hereto) *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 2:23-cv-01114-GW (KKx) |
| LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive, *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**  (on Third Amended Complaint)

To: *(Defendant's name and address)*  StadCo LA, LLC
330 N. Brand Blvd.
Glendale, CA  91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Genga
jgenga@gengalaw.com
GENGA & ASSOCIATES, P.C.
16501 Ventura Blvd., Suite 400
Encino, CA  91436
(747) 231-3400 | Fax: (818) 474-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**Attachment No. 1 to Summons**

(continued list of plaintiffs) ... COURTNEY BUTLER, DANIELLE LIPS, CASSANDRA DIAMOND, EDWARD HAKOBJANYAN, JOSE R. HERNANDEZ, MELISSA AYALA QUINTERO, JENNIFER USELTON, CLAY MURRAY, JOSEPH AKMAKJIAN, LAUREN MICHELE GOTTHELF, KELLI HERNANDEZ, MICHAEL COLLINS, VENISHA JARDIN, EMILY NIKLAUS DAVIS, JENNIFER BAGGETT, SARAH CHATTIN, DARCY RUBINO, JENNIFER TIERNEY, KAREN BRANDEL, JESSICA BECKER, JENNIFER BEEMAN, BETSY VICTORIA WANNER, KATHRYN JOHNSON, ANDREW GAUTIERI, AYTZA GAUTIERI, MICHAEL VITULLI, MELONY PUGH, ASHLEIGH CAMACHO, ANTHONY LANNI, ANTHONY LEBLANC, DENISE HULL, JENNIFER LANDRY, KELLY MELTON, KATHLEEN MILLIGAN, MORGAN SMALLWOOD, SEAN SMALLWOOD, CRYSTAL WILLIS, ALYSSA MCCOY, REBECCA COLE, ASHLEY BOVE, RUMER HENRY, DAWN WIEZCROREZ, MARANDA GOMEZ, LAUREN KEATING, MEGHAN CLARKE, TEENA MARIE COOK, STEPHANIE PALMER, ANNIE PATOTA, PAULA C. MILLER, STACI DOWNING, DELAYNA LUTCHKA, SOFIA LEWIS, JESSE ADAMS , AMANDA FROST, HOLLY TAYSOM, THERESA A. STANDING, LAURA HASTINGS, SABRINA DARNELL, CATHERINE BUGDEN, JANIS HOUSTON, JENNIFER HUDSON, MELODY LANGEVIN, KATHLEEN BEECH, SKYE LANDAU, KYLE JORDAN, CINDY DEIMLING, DANIELLE MUNOZ, ABIGAIL ALVORD, MICHAEL BASCONE, APRIL STUMPE, DEREK LEVESQUE, KILEY KRZYZEK, DANIEL REYES, ROSEMARIE PATTERSON, GABRIELLA BLUNCK, ANTHONY BLUNCK, WILLIAM R. NOAH, JIMMY HOANG TA, CARRIE BASTAIN, BRETT ANDREW WALT, AUDREY COSTAR, ADRIENNE HERNANDEZ, JEAN PIERRE ESPINOZO, LAUREN CHAPPELL, MELINDA SCHNECK, LISA DAY, MEGAN JOY SKEUSE, BEATRIZ AGUILAR, CHRYS JARDIN, TERESA EICHINGER, JACQUELYN BEAN, KIM BEAN, MAVERICK WAGNER, DOROTHY LYNN FENTON, TONI MAE B. ABACA, TRACEY ROMAN, TIMOTHY ELLIS, GLEN BRISTOL, SHERRY PONIEWAZ, IRENE PEREZ, NIKITA RAMIREZ, KANDICE BRIDGES, EILEEN HAUBRICH, DEBORAH SNOW, SAMANTHA TOSETTI, KAYLEIGH AIELLO, TRACY LE, ASHLEE UNDERWOOD, NANCY CORDERO, ALLISON MCCROAN, MATT MCCROAN, SALOMON PASSARIELLO, KATHERINE WAGNER, DAVID

KILBRIDGE, JENNIFER CONTINILLO, CHRISTOPHER TOTH, HOLLIE MEYERS, DORA SCHARF, JASON SCHACTER, LINDSAY LAFOUNTAINE, EMMA EARNEST, LINDA MARTIN, PATRICK DALTON, SOFIA GANZ, JENNIFER WILKINS, MICHELLE FERA, TRACI RENEE O'BRIEN, HOLLY SMITH, CARMEN FIENGO, MAURA MATVEY, SIERRA BRUNNER, CLEOFI BLASS, KATHERINE GLASS, RACHAEL COOMBS, KAITLIN ROSE GROGG, PAM THAXTON, CARLY THAXTON, BRENDA GALLAGHER, DIANE DOUGLAS, JACQUELINE SONETHANOUPHET, SEAN KNEPPER, KIMBERLY STEVENSON, JENNIFER KELLY, ALEXANDRIA MARTELLI, CENDRA SHEPHERD, JENNI TRANWEAVER, TAYLOR WOOLEY, KATIE YOUNKINS, GABRIEL GOMES, FRANK SCOLARO, WILLIAM O. WATSON, ANGELIA BALTHASER, HEATHER SLACK, ASHLEY QUELLETTE, ED MASSUDA, KARISSA PITSTICK, CYNTHIA C. COLE, WALLY NUNEZ, MICHELLE BARTO, MOLLY RAHE, DEBBIE BROWN, JASON BROWN, MICHELLE ROBBINS, KARL PARTCH, CAROLINE MANGAN, SABRINA HASTINGS, CONRAD HAUBRICH, JOHN WILLIS, ELISABETH CLAPP, SHELLY GRAUPNER, RAFAEL ORTIZ III, LORI BREEDLOVE, DUSTIN SPIELMAN, VIRGINIA SPIELMAN, REBECCA BROWN, KEVIN BROWN, CHAD GILLIGAN, KRISTIN GILLIGAN, LOREN DUNSWORTH, JORI KUBEK, MARISSA KIRCHNER, ROBERT LAYMAN, KACEY L. BURGESS, ELIZABETH CAMPBELL, JENNIFER MATHIEU, TYREL HARTMAN, MICHAEL USELTON, REBECCA VAN DALE, GRACE VAN DALE, JESSICA KRIZMAN, CINDY MUETH, ANELLA STRUDLER, JENNIFER HOPPE, ANTONIA MASCARI, VERONICA HIGAREDA, IAN CLITES, ANGELA DUNBAR, TATYANA BARDASH, LORA ELLIS, LARISSA SOLOMON, JESSICA TAYLOR, KATHLEEN OWENS, KENNETH ENGLESON, MONICA ENGLESON, NICHOLAS ENGLESON, JENNIFER VIEIRA, CAVAN FARLEY, TIFFANY BRAY, EMILY GAUDET, ELIZABETH ATKINSON, GENESIS BORRERO, MELISSA BAILEY, ELEANA VILLA, TELKA BECKER, MICHELE FIEDLER, AMY MAUPIN, XIAO SEBASTIEN SANG, WENDY THOMAS, MARY KIRK, MARIBEL SERRAO, MADISON SHANER, ROCHELLE CASTRILLO, MICHAEL BERLIN, ROBERT NOAH, ASHLYNN ALEXANDER, ALYRA PARKER, NICHOLAS RITTER MCGEE, BRUCE NUNELEY, STACY LESTAGE, DAWN ADRIAN, KRISTEN NEWMAN, PENNY HARRISON, MARY VANDIVER, JESSICA VAN WINKLE,

MYKENZIE DAY, JENNIFER LEMEKE, SHANNON LARSEN, BRANDY ADAMS, BRADLEY EMERSON, KATHERINE L. EAVES, NATALIE CRUZE, JOANNA COOPER, TAMMY STEEVES, FLOR FLORES, ANGELA DINNERVILLE, ANN CLARK, ANNE ST. CLAIR, AGATHE DAWSON, ALEXANDRA PREJZNER, ALEXIS SCHNATMEIR, ALI MOLAVI, ALTON W. DO, ALYSSA DAHLE, RONNY DAHLE, AMANDA DONMOYER, AMY KELLY, JOHN KELLY, ANDREA RENE PIERCE, ANJIE CROW, ARTHUR MEYER JR., ASHLEY CATE, ASHLEY MCNEALY, BOB BRIDE, CALIE HOLIAN, CARISSA HOPPENWORTH, CATHERINE HATFIELD, CATHERINE TAIN, CHRISTOPHER KING, CHRISTEL MENA KAFATI, CHRISTINA RONDASH, DAVID COOK, DANELL GEERTSON, DAWN CALLAHANDIAMOND DANIELS, DONNA FOLLBAUM, ELMER BUNGER, JEFF FOLLBAUM, ELMER BUNGER, ELISA PIRARD, EMILY GRANDUSKY, EMILY MOLLENKOPF, ERICA SIMPSON, EVA BARNA, GEORGE NICHOLAS, HALEY HUSCHKA, HUGH DALY, ISABEL RODRIGUEZ, ISAI VALDEZ, JAMIE HILD, JILL BANA, JOEL HARRELL, JOHN MONTUORI III, JULIANA FUHRMANN, KAITAN PEREZ, KARA VERBSKY, KAREN WHITE, KATIELYN GARELIK, KEITH MARAVICH, KHARMA NOEL, KIMBERLY MCNAUGHTON, KRISTY VOELKER, LAURA BOWERS, BRYAN BOWERS, LAURA MONDRICK, LAURA L. SQUILLACE, LAURA WATSON, LAURIE STAPLETON, LORI RIKARD, MARK RIKARD, MACKENZIE WRAY, MAGGIE OTTEN, MARIA RAMOS, MARK KIRSCHNER, MARLA DUPREE, MELANIE VASQUEZ, MICHAEL SUSSMAN, MICHELLE JONES, NANCY RAMOS, PATRICIA JULIAN, RACHAEL SHEPLEY, RACHAEL TALBOT, RAELICIA REYES, RANDEE KIRBY, RAYMOND CHACE JR., ROBYN SPENCER, ROSE SHAPIRO, ROY SHAULI, SAMANTHA SAUER, SAMAY GHEEWALA, SANFORD GLOVINSKY, BRENDA MARHALL, SARA HIGGINS, TIM HIGGINS, SAVANNAH DAHLQUIST, SAVANNAH ELIZABETH JONES, SHANNON DENZEL-BARTOK, SHANNON FERN GUYOTT, SHANNON TIERNEY, SONYA ROBEL, STACEY TUCKER, STEPHANIE DILAVERI, STEPHANIE HALCZENKO, SUSAN BERNSTEIN, SUSAN CONLON, TERESA CONRAD, FRED CONRAD, TIFFANY LYNN PAUL, TIM DYAR, TRACY HUYNH and VERONICA POLIVANAYA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-01114-GW (KKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: