UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1114-GW-KKx | Date | May 15, 2025 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Miranda Algorri | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Genga<br>Jennifer A. Kinder | Timothy L. O'Mara<br>Alicia R. Jovais<br>Samuel R. Jeffrey<br>Carol M. Silberberg<br>Joshua C. Stokes |

**PROCEEDINGS:** DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT [138]; DEFENDANT STADCO LA, LLC'S MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT PURSUANT TO RULE 12(B)(6) [154]; and DEFENDANTS' MOTION FOR SANCTIONS [140]

The Court's Tentative Rulings on the above-entitled Motions [138, 154], was issued on May 14, 2025 [165]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Defendants' Motions are GRANTED with leave to amend. Plaintiffs will have until July 14, 2025 to file their Fourth Amended Complaint. Defendants will have 45 days from July 14 to file their responses.

Defendants' Motion for Sanctions [140] is deemed MOOT.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | JG | |