JOHN M. GENGA (SB# 125522)
jgenga@gengalaw.com
GENGA & ASSOCIATES, P.C.
16501 Ventura Blvd., Suite 400
Encino, CA 91436
(747) 231-3400 | Fax: (818) 474-7070

JENNIFER A. KINDER (pro hac vice)
jkinder@justcallkinder.net
KINDER LAW PLLC
3701 W. Northwest Hwy., Suite 304
Dallas, TX 75220
(214) 812-9800 | Fax: (214) 484-2144

DENNIS B. HILL (SBN 218131)
ticketmasterlawsuit@gmail.com
D.B. HILL, a Professional Law Corporation
640 Fifth Street, Suite 200
Lincoln, CA 95648
(916) 434-2553 | Fax: (916) 434-2560

Attorneys for Plaintiffs
JULIE BARFUSS, *et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01114-GW-KK<br><br>Assigned to the Hon. George H. Wu<br><br>PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT STADCO LA, LLC WITHOUT PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)] |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Julie Barfuss *et al.* hereby voluntarily dismiss

1  defendant StadCo LA, LLC as a defendant from this action without prejudice.

                                          /s/ John Genga

DATED: August 12, 2025      _____
                                          John M. Genga
                                    GENGA & ASSOCIATES, P.C.
                                    Attorneys for Plaintiff
                                    JULIE BARFUSS, *et al.*