LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
  Samuel R. Jeffrey (Bar No. 347533)
    sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive,<br><br>    Defendants. | Case No. CV 23-1114-GW-DTBx<br><br>**ORDER ON JOINT STIPULATION SETTING BRIEFING AND HEARING SCHEDULE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING AND HEARING SCHEDULE
CASE NO. 2:23-CV-01114-GW-DTBx

Pending before this Court is a Joint Stipulation Setting Briefing and Hearing Schedule ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Julie Barfuss et al. ("Plaintiffs"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

    a. Plaintiffs shall file any opposition to Defendants' response (if a motion) to the Fourth Amended Complaint by October 2, 2025;

    b. Defendants shall file any reply in support of their response (if a motion) to the Fourth Amended Complaint by October 30, 2025; and

    c. Any hearing on Defendants' response (if a motion) to the Fourth Amended Complaint shall be held on November 13, 2025, or as the Court's calendar allows.

**IT IS SO ORDERED.**

Dated: August 19, 2025

_____
HON. GEORGE H. WU,
United States District Judge