LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
  Samuel R. Jeffrey (Bar No. 347533)
    sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01114-GW-DTBx <br><br> **JOINT STIPULATION SETTING DEADLINES FOR FURTHER AMENDED COMPLAINT AND BRIEFING SCHEDULE** <br><br> [Civil Local Rule 7-1] <br><br> Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION SETTING
DEADLINES RE: AM. COMPL. & BRIEFING
CASE NO. 2:23-CV-01114-GW-DTBx

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Julie Barfuss et al. ("Plaintiffs") (together, the "Parties") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to deadlines for Plaintiffs' Fifth Amended Complaint and Defendants' anticipated Motion to Dismiss Plaintiffs' Fifth Amended Complaint, subject to the approval of the Court. In support of this Joint Stipulation, the Parties state as follows:

1. On July 14, 2025, Plaintiffs filed a Fourth Amended Complaint. ECF No. 168.

2. On November 24, 2025, the Court dismissed claims four, five, and six in the Fourth Amended Complaint, without leave to amend; dismissed claim seven in part, with leave to amend; and sustained claims one, two, three, and eight (and, as to claim eight, for injunctive relief only). ECF No. 182.

3. Defendants' deadline to answer the Fourth Amended Complaint is currently December 8, 2025. *See* Fed. R. Civ. P. 15(a)(3).

4. Plaintiffs intend to file a Fifth Amended Complaint, which will further amend part of the dismissed claim seven.

5. Due to the holidays and obligations in other cases, Plaintiffs have requested several weeks to file their Fifth Amended Complaint.

6. The Parties have conferred and agreed to the following schedule for Plaintiffs' Fifth Amended Complaint and Defendants' anticipated Motion to Dismiss Plaintiffs' Fifth Amended Complaint, subject to the approval of the Court:

    a. Plaintiffs shall file their Fifth Amended Complaint by December 31, 2025;

    b. Defendants shall file their Motion to Dismiss the Fifth Amended Complaint by January 21, 2026;

    c. Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss the Fifth Amended Complaint by February 11, 2026;

      d.      Defendants shall file their Reply in Support of their Motion to Dismiss the Fifth Amended Complaint by February 25, 2026; and

      e.      Any hearing on Defendants' Motion to Dismiss the Fifth Amended Complaint shall be held on March 19, 2026, or as the Court's calendar allows.

7. The parties have previously stipulated to extensions of time for Defendants' response to the First Amended Complaint (ECF No. 10), for briefing on arbitration issues and on Plaintiffs' Motion to Remand (ECF Nos. 26, 55, 69-70), for Plaintiffs to further amend their complaint (ECF Nos. 126-27), for briefing on Defendants' responsive motions to the Third Amended Complaint (ECF Nos. 133-134; 146-149), and for briefing on the Fourth Amended Complaint (ECF Nos. 170, 171).

8. The Joint Stipulation will have no other effect on the schedule.

The Parties therefore agree and stipulate to the above dates.

Dated: December 5, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Timothy L. O'Mara*
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel.: +1.415.391.0600
Fax: +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

| | |
|---|---|
| Dated: December 5, 2025 | Respectfully submitted, |
| | GENGA & ASSOCIATES, P.C. |
| | By: */s/ John M. Genga* |
| | John M. Genga |
| | 16501 Ventura Blvd., Suite 400<br>Encino, CA 91436<br>Tel.:(747) 231-3400<br>Fax: (818) 474-7070<br>jgenga@gengalaw.com |
| | *Attorneys for Plaintiffs Julie Barfuss, et al.* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION SETTING
DEADLINES RE: AM. COMPL. & BRIEFING
CASE NO. 2:23-CV-01114-GW-DTBx

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Deadlines for Further Amended Complaint and Briefing Schedule. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: December 5, 2025                  */s/ Timothy L. O'Mara*
                                          Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION SETTING
DEADLINES RE: AM. COMPL. & BRIEFING
CASE NO. 2:23-CV-01114-GW-DTBx