1
2
3
4
5
6
7

LATHAM & WATKINS LLP
   Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
   Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
   Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
   Samuel R. Jeffrey (Bar No. 347533)
    sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

8
9

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| JULIE BARFUSS, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive,<br><br>                    Defendants. | Case No. CV 23-1114-GW-DTBx<br><br>**ORDER ON JOINT STIPULATION SETTING DEADLINES FOR FURTHER AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pending before this Court is a Joint Stipulation Setting Deadlines for Further Amended Complaint and Briefing Schedule ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Julie Barfuss et al. ("Plaintiffs").  Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.  The Court orders as follows:

a.    Plaintiffs shall file their Fifth Amended Complaint by December 31, 2025;

b.    Defendants shall file their Motion to Dismiss the Fifth Amended Complaint by January 21, 2026;

c.    Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss the Fifth Amended Complaint by February 11, 2026;

d.    Defendants shall file their Reply in Support of their Motion to Dismiss the Fifth Amended Complaint by February 25, 2026; and

e.    Any hearing on Defendants' Motion to Dismiss the Fifth Amended Complaint shall be held on March 19, 2026 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
HON. GEORGE H. WU,
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON JOINT STIP. SETTING
DEADLINES RE: AM. COMPL. & BRIEFING
CASE NO. 2:23-CV-01114-GW-DTBx