LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
  Samuel R. Jeffrey (Bar No. 347533)
    sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BARFUSS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. CV 23-1114-GW-DTBx<br><br>**ORDER ON JOINT STIPULATION CONTINUING DATES FOR BRIEFING AND HEARING ON MOTION TO DISMISS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT STIP.
CONTINUING BRIEFING & HEARING DATES
CASE NO. 2:23-CV-01114-GW-DTBx

1    Pending before this Court is a Joint Stipulation Continuing Dates for Briefing

2 and Hearing on Defendants' Motion to Dismiss ("Joint Stipulation") filed by

3 Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together,

4 "Defendants") and Plaintiffs Julie Barfuss et al. ("Plaintiffs").  Upon consideration

5 of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY

6 ORDERED that the Joint Stipulation is GRANTED.  The Court orders as follows:

7        a.    Plaintiffs' Opposition to Defendants' Motion to Dismiss the

8              Fifth Amended Complaint ("5AC") shall be due on February 18,

9              2026;

10       b.    Defendants' Reply in Support of their Motion to Dismiss the

11             5AC shall be due on March 18, 2026; and

12       c.    The hearing on Defendants' Motion to Dismiss the 5AC shall be

13             held on April 9, 2026 at 8:30 am, or as the Court's calendar

14             allows.

15

16 **IT IS SO ORDERED.**

17

18 Dated: February 6, 2026

19                                    HON. GEORGE H. WU,
                                      United States District Judge

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT STIP.
CONTINUING BRIEFING & HEARING DATES
CASE NO. 2:23-CV-01114-GW-DTBx