UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1114-GW-DTBx | Date | April 23, 2026 |
|---|---|---|---|
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez/Claudia Garcia-Marquez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Genga | Alicia R. Jovais |
| Jennifer A. Kinder | |

**PROCEEDINGS:    DEFENDANTS' PARTIAL MOTION TO DISMISS FIFTH AMENDED COMPLAINT [186]**

The Court's Tentative Ruling on Defendants' Motion [186] was issued on April 22, 2026 [194]. Oral argument is held. For the reasons stated on the record, the parties may file simultaneous supplemental briefs, not to exceed three (3) pages, within three (3) days of the date of this Order. The matter stands submitted.

Counsel are ordered to file a joint Rule 26(f) report by May 1, 2026. The Court will set a Scheduling Conference, if necessary.

|  | 00 | : | 42 |
|---|---|---|---|
| | Initials of Preparer | JG/CGM | |