**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE BARFUSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive,<br><br>    Defendants. | Case No. CV 23-1114-GW-DTBx<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL STAY AND COMBINING WITH PLAINTIFFS' FORTHCOMING MOTION TO CONSOLIDATE**<br><br>*Stipulation for Order and Declaration of John M. Genga submitted herewith*<br><br>[Local Civ. Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Good cause appearing from the stipulation of plaintiffs Julie Barfuss, *et al.* ("Plaintiffs") and defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. ("Defendants" and, with Plaintiffs, the "Parties") on the subject matter hereof,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs shall file their opposition to the motion by Defendants to stay this action in part ("Stay Motion"), in light of <u>Popp v. Live Nation, etc., *et al.*</u>, No. 2:22-cv-00047-GW-KES, which this Court has deemed related hereto (the "Popp

Action"), together with any motion to consolidate any part of this action with the Popp Action ("Consolidation Motion), and all evidence and argument in support of the foregoing, by June 25, 2026;

2. Defendants shall file their opposition to any Consolidation Motion, together with their reply on the Stay Motion, and all evidence and argument in support of the foregoing, by July 23, 2026;

3. Plaintiffs shall file their reply on any Consolidation Motion, and all evidence and argument in support thereof, by August 6, 2026; and

4. The hearing on the Stay and Consolidation Motions shall occur together on the Court's normal hearing calendar on August 27, 2026 at 8:30 a.m.

5. This order shall have no other effect on the schedule herein.

IT IS SO ORDERED.

Dated: June 22, 2026

_George H. Wu_

HON. GEORGE H. WU,
United States District Judge