UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-1114-GW-KKx | Date | August 27, 2026 |
| Title | *Julie Barfuss, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Valerie Savla | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jennifer A. Kinder | Timothy L. O'Mara<br>Samuel R. Jeffrey |

**PROCEEDINGS:** **DEFENDANTS' MOTION FOR PARTIAL STAY [206]; and PLAINTIFFS' MOTION TO CONSOLIDATE THIS ACTION FOR DISCOVERY PURPOSES WITH POPP v. LIVE NATION, 2:22-CV-00047-GW-KES [211]**

The Court issued its Tentative Rulings on the above-entitled Motions [206, 211] on August 26, 2026 [218]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS Defendants' Motion to Stay and stays the antitrust and related UCL claims pending the resolution of the *Popp* action and DENIES Plaintiffs' Motion to Consolidate.

A scheduling conference is set for September 3, 2026 at 8:30 a.m. The parties are to file a joint scheduling report by noon on September 1, 2026.

: 18

Initials of Preparer JG