LATHAM & WATKINS LLP
Timothy L. O'Mara (Bar No. 212731)
*tim.o'mara@lw.com*
Alicia R. Jovais (Bar No. 296172)
*alicia.jovais@lw.com*
Robin L. Gushman (Bar No. 305048)
*robin.gushman@lw.com*
Meiran Yin (Bar No. 335742)
*meiran.yin@lw.com*
Samuel R. Jeffrey (Bar No. 347533)
*sam.jeffrey@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIE BARFUSS, et al.,

Plaintiffs,

v.

LIVE NATION ENTERTAINMENT, INC., TICKETMASTER L.L.C., STADCO LA, LLC as DOE 1, and DOES 2 through 10, inclusive,

Defendants.

Case No. CV 23-1114-GW-DTBx

**ORDER ON JOINT JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO OPT OUT OF *POPP* CLASS**

Pending before this Court is a Joint Stipulation Setting Briefing Schedule for Plaintiffs' Motion to Opt Out of the *Popp* Class ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Julie Barfuss et al. ("Plaintiffs"). Upon consideration of the parties' Joint Stipulation and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

a. Plaintiffs will file their motion to opt out of the *Popp* Class on or before September 28, 2026.

b. Defendants will file their opposition to Plaintiffs' motion on or before October 7, 2026.

c. Plaintiffs will file their reply in support of the motion on or before October 12, 2026, as the Court ordered at the September 14, 2026 hearing.

d. The hearing on Plaintiffs' motion will be held on October 22, 2026, as the Court ordered at the September 14, 2026 hearing.

**IT IS SO ORDERED.**

Dated: September 15, 2026

HON. GEORGE H. WU,
United States District Judge